**VAN–107** Deficiency Notice – Rev. 02/04/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

|  |  |
|---|---|
|  | CASE NO.: 12–07845–8–SWH |
| IN RE: | DATE FILED: November 1, 2012 |
|  | CHAPTER: 13 |

Paul Mark Corbett
 ( debtor has no known aliases )
2908 Schubba Ct
Raleigh, NC 27614

Debtor represented by:
Damon John Chetson
The Chetson Firm, PLLC
19 W. Hargett St., Suite 920
Raleigh, NC 27601

Trustee:
John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661–1039

## DEFICIENCY NOTICE

To: Damon Chetson

Re: 43 – Amended/Amendment to Statistical Summary of Certain Liabilities – / Fee Not Required filed by Damon John Chetson on behalf of Paul Mark Corbett.

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **April 29, 2013** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

Either page 1, page 2 or both pages of Amended Form B6, Summary Of Schedules and Summary of Certain Liabilities and Related Data, has not been filed pursuant to the General Order entered by the Court on April 30, 2009.

DATED: April 15, 2013

Amy Bissette
Deputy Clerk