UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

CASE NO.: 12-07845-8-SWH
CHAPTER 13

IN RE:
PAUL MARK CORBETT
2908 SCHUBBA CT
RALEIGH, NC 27614

DEBTOR

### TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan and moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

1. The Debtor's Plan is not feasible in that the Secured and/or Priority creditors are not paid in full.

2. Upon information and belief the Debtor has failed to file federal and/or state tax returns for the following year(s): 2011

3. The Debtor has not provided paystubs or Affidavit(s) of Self-Employment to the Trustee.

4. The Debtor has not provided a copy of the Domestic Support Obligation Order.

5. The Debtor has failed to amend schedule(s) E

6. The Debtor has failed to amend Form B22C.

Based upon the foregoing, **and such other cause as may become apparent or arise between the date of this motion and the date of any hearing hereon, of which the Trustee will advise counsel prior to the hearing, there is cause to dismiss this case under §1307(c).**

**The Debtor is hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Court within **twenty-one (21) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED: April 24, 2013

*/s/ John F. Logan*
JOHN F. LOGAN
NC BAR NO. 12473
CHAPTER 13 TRUSTEE
P.O. BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355

<u>**CERTIFICATION OF SERVICE**</u>

      This is to certify that a copy of the foregoing Trustee'e Objection To Confirmation And Motion To Dismiss was served on the Debtor and the Attorney for the Debtor at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED:  April 24, 2013

                                                                             */s/Vanessa  Doubty*
                                                                             Case Adminstrator

**COPIES FURNISHED TO:**

<u>DEBTOR</u>
PAUL MARK CORBETT
2908 SCHUBBA CT
RALEIGH,  NC  27614

<u>ATTORNEY FOR DEBTOR</u>
DAMON CHETSON
THE CHETSON FIRM, PLLC
19 W. HARGETT ST., STE 920
RALEIGH,  NC  27601