**VAN–150** Deficiency Notice (Text)– Rev. 02/05/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

CASE NO.: 12–07845–8–SWH

IN RE:  
DATE FILED: November 1, 2012

CHAPTER: 13

Paul Mark Corbett  
 *( debtor has no known aliases )*  
2908 Schubba Ct  
Raleigh, NC 27614

Debtor represented by:  
Damon John Chetson  
The Chetson Firm, PLLC  
19 W. Hargett St., Suite 920  
Raleigh, NC 27601

Trustee:  
John F. Logan  
Office Of The Chapter 13 Trustee  
PO Box 61039  
Raleigh, NC 27661–1039

## DEFICIENCY NOTICE

To:

Re: 47 – Amended/Amendment to Schedule E – / Fee Not Required filed by Damon John Chetson on behalf of Paul Mark Corbett.

48 – Amended/Amendment to Chapter 13 Statement of Current Monthly and Disposable Income – / Fee Not Required filed by Damon John Chetson on behalf of Paul Mark Corbett.

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **May 24, 2013** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

– Either page 1, page 2 or both pages of Amended Form B6, Summary Of Schedules and Summary of Certain Liabilities and Related Data, has not been filed pursuant to the General Order entered by the Court on April 30, 2009.

DATED: May 10, 2013

Amy Bissette  
Deputy Clerk